**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00697-CR

**ALLEN MAURICE LITTLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-0951721-Y**

## ORDER

On September 2, 2014, this Court adopted the trial court's finding that court reporter Sharon Hazlewood would file the reporter's record within thirty days of the August 25, 2014 findings made by the trial court. We ordered Ms. Hazlewood to file the complete reporter's record, including exhibits, by September 26, 2014. To date, Ms. Hazlewood has neither filed the reporter's record nor communicated with the Court regarding her failure to do so.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including exhibits, by **OCTOBER 24, 2014**. No further extensions will be granted. If the reporter's record is not filed by the date specified, the Court will order that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    LANA MYERS
Justice